FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NONNIE MARCELLA LOTUSFLOWER (a.k.a. NATHAN R. GONINAN),<br><br>        Plaintiff,<br><br>v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, SCOTT RUSSELL, STEVEN SINCLAIR, SUPERINTENDENT HOLBROOK, ASSOCIATE SUPERINTENDENT BOWMAN, CPM SUNDBERG, CHAPLAIN IVY, CHAPLAIN ALDEN and AIRWAY HEIGHTS CHAPLAIN-NAME UNKNOWN,<br><br>        Defendants. | 4:19-cv-05025-SAB<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE** |

      BEFORE THE COURT is Plaintiff Nonnie Marcella Lotusflower's Motion to Voluntarily Dismiss Complaint pursuant to Federal Rule of Civil Procedure 41(a), ECF No. 16. Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion is **GRANTED** and the Complaint is

**DISMISSED WITHOUT PREJUDICE.** The Clerk of Court shall strike the assigned hearing date.

Plaintiff also requests that collection of the remaining balance of the filing fee be waived. For good cause shown, **IT IS ORDERED** that Plaintiff's Declaration and Motion to waive collection, ECF No. 17, be **GRANTED** and the institution having custody of Ms. Lotusflower shall cease collection of the filing fee in this action, case number 4:19-cv-05025-SAB.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment of dismissal without prejudice, provide a copy to Plaintiff and **close** the file. The Clerk of Court is further directed to provide a copy of this Order to **Department of Corrections, Attn: LFO/COS UNIT.** The Clerk of Court also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 26th day of July 2019.



Stanley A. Bastian
United States District Judge

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE **--** 2